## PYNE v. BOARD OF COM'RS OF WOODWARD COUNTY.

No. 4130—Opinion Filed Aug. 14, 1917.

(166 Pac. 1043.)

**Appeal and Error—Want of Prosecution—Dismissal.**

Where a cause has been regularly assigned for submission, and submitted, and the plaintiff in error fails to file brief, or to offer any excuse for not doing so, it will be presumed that the appeal has been abandoned, and same will be dismissed for want of prosecution.

(Syllabus by the Court.)

Error from District Court, Woodward County; James B. Cullison, Judge.

Action for injunction by William R. Pyne against the Board of County Commissioners of Woodward County. Judgment for defendant, and plaintiff brings error. Dismissed.

Chas. Swindall, for plaintiff in error.

O. C. Wybrant, F. M. Cowgill, and A. M. Appelget, for defendant in error.

PER CURIAM. The petition in error and case-made were filed in this court on June 25, 1912. The cause has been regularly assigned, and submitted; but the plaintiff in error has filed no brief, and has shown no reason for his failure to do so.

Wherefore, under the established rule in this jurisdiction, the cause should be dismissed for failure of prosecution; and it is so ordered.

By the Court: It is so ordered.